FILED
CLERK, U.S. DISTRICT COURT

JUL 16 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| HECTOR LOPEZ,<br><br>    Petitioner,<br><br>    v.<br><br>SCOTT KERNNAN, WARDEN,<br><br>    Respondent. | NO. CV 06-99 PA (FFM)<br><br>JUDGMENT |

    Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: July 12, 2008

_____
PERCY ANDERSON
United States District Judge